# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SAGAR DUHAN,

    Petitioner,

v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; HECTOR RIOS, Warden of the Otero County Processing Center; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement and Removal Operations; and MARY DE ANDA-YBARRA, Regional Director, Field Office Director of Enforcement and Removal Operations, Immigration and Customs Enforcement,

    Respondents.

Case No. 2:26-cv-00019-MIS-JFR

## ORDER DIRECTING SERVICE AND ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on Petitioner Sagar Duhan's Petition for Writ of Habeas Corpus, ECF No. 1, and Emergency Motion for Preliminary Injunction, ECF No. 3.

**IT IS ORDERED** that Petitioner shall serve the Petition for Writ of Habeas Corpus, Emergency Motion for Preliminary Injunction, and this Order on each of the individual Respondents. Petitioner shall file a certificate of service on the docket once this has been completed. If counsel enters an appearance on Respondents' behalf, they may accept service of those documents. The Court shall provide a courtesy copy of this Order to the Civil Division Chief of the United States Attorney's Office for the District of New Mexico, Roberto Ortega, at the following email addresses: roberto.ortega@usdoj.gov, and to Assistant U.S. Attorney Allison Shokes at the following email address: Allison.Shokes@usdoj.gov.

**IT IS FURTHER ORDERED** that the Respondents shall respond to the Petition and **SHOW CAUSE** why the Petition shall not be granted within **three (3) days** of service of the Petition.

**IT IS FURTHER ORDERED** that Petitioner may file a reply brief within **three (3) days** after the answer is filed.

The Court will schedule a hearing on the Emergency Motion for Preliminary Injunction by separate docket entry.

_Margaret Strickland_
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE